IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: INTRAMTA SWITCHED ACCESS CHARGES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*CenturyLink Communications, LLC v. Verizon California, Inc.*, 3:15-CV-0134<br><br>*CenturyLink Communications, LLC v. Verizon Florida, LLC*, 3:14-CV-4585<br><br>*CenturyLink Communications, LLC v. Verizon New England, Inc.*, 3:15-CV-0047<br><br>*CenturyLink Communications, LLC v. Verizon New Jersey, Inc.*, 3:15-CV-0128<br><br>*CenturyLink Communications, LLC v. Verizon South, Inc.*, 3:14-CV-4572<br><br>*CenturyLink Communications, LLC v. Verizon Delaware LLC*, 3:15-CV-0301 | CASE NO. 3:14-MD-2587-D<br>(MDL 2857) |

**ORDER GRANTING STAY OF ACTIONS
BETWEEN CENTURYLINK AND VERIZON**

    Before the Court is the Agreed Motion filed by Plaintiff CenturyLink Communications, LLC ("CenturyLink") and Defendants Verizon California Inc.; Verizon Florida LLC; Verizon New England Inc.; Verizon New Jersey Inc.; Verizon South Inc.; and Verizon Delaware LLC (collectively "Verizon"), requesting that the Court to stay certain actions pending between them. Having considered the motion, the Court finds that it is well-taken and should be GRANTED.

ACCORDINGLY, IT IS ORDERED that the following cases are hereby STAYED pending further action by the Court:

| No. | Case Caption | Case Number | Court |
|---|---|---|---|
| 1. | CenturyLink Communications, LLC v. Verizon California, Inc. *(Transferred from C.D. Cal.)* | 3:15-CV-0134 | N.D. Tex. |
| 2. | CenturyLink Communications, LLC v. Verizon Florida, LLC *(Transferred from M.D. Fla.)* | 3:14-CV-4585 | N.D. Tex. |
| 3. | CenturyLink Communications, LLC v. Verizon New England, Inc. *(Transferred from S.D.N.Y.)* | 3:15-CV-0047 | N.D. Tex. |
| 4. | CenturyLink Communications, LLC v. Verizon New Jersey, Inc. *(Transferred from D. N.J.)* | 3:15-CV-0128 | N.D. Tex. |
| 5. | CenturyLink Communications, LLC v. Verizon South, Inc. *(Transferred from E.D. Va.)* | 3:14-CV-4572 | N.D. Tex. |
| 6. | CenturyLink Communications, LLC v. Verizon Delaware LLC *(Transferred from D. Del.)* | 3:15-CV-0301 | N.D. Tex. |

IT IS FURTHER ORDERED that

(1) Verizon retains the right to pursue motions to dismiss the above-referenced causes under Rule 12(b)(1) for lack of subject matter jurisdiction on grounds that these actions are not ripe and Plaintiff lacks standing to bring these claims as they are hypothetical and contingent upon the outcome of independent pending litigation; and

(2) CenturyLink retains all of its defenses and arguments in opposition to the Verizon Dismissal Motion and/or the theories raised therein.

**SO ORDERED**.

Signed May 1, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE